Further, we conclude that the petition for discretionary review as to the additional issues was improvidently allowed.

REVERSED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

———————

FANNY LEE BROWN, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR SCOTTIE NOBLES, A MINOR v. FLOYD TRAVIS MILLSAP

No. 640A03

(Filed 2 April 2004)

**Costs— attorney fees—amount of judgment—costs and pre-judgment interest—addition to compensatory damages**

The decision of the Court of Appeals that the trial court improperly added court costs of $435 and prejudgment interest of $669.76 to the jury verdict of $9,500 in compensatory damages to find that the judgment obtained exceeded the $10,000 limit for awarding attorney fees under N.C.G.S. § 6-21.1 is reversed for the reason stated in the dissenting opinion that, although the trial court erred in adding discretionary court costs to the verdict, pre-judgment interest of $669.76 should have been added because it is automatically added to the award to compensate the prevailing party, and the $10,000 limit was thus exceeded even if court costs are not added to the verdict.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 161 N.C. App. ——, 588 S.E.2d 71 (2003), reversing a judgment signed 28 September 2002 *nunc pro tunc* by Judge Wiley F. Bowen in Superior Court, Columbus County. Heard in the Supreme Court 17 March 2004.

*T. Craig Wright for plaintiff-appellee.*

*Russ, Worth, Cheatwood & Hancox, by Philip H. Cheatwood, for defendant-appellant.*

*Cranfill, Sumner & Hartzog, L.L.P., by Robert H. Griffin and Jaye E. Bingham, on behalf of Nationwide Insurance Company, amicus curiae.*

**DOWNS v. STATE**

[358 N.C. 213 (2004)]

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.

━━━━━━━━━━━━━━

RUTH E. DOWNS, FRANK C. REYNOLDS, JR., AND MARGUERITE C. REYNOLDS v. STATE OF NORTH CAROLINA, THE NORTH CAROLINA DEPARTMENT OF REVENUE, E. NORRIS TOLSON, IN HIS CAPACITY AS SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF REVENUE, AND THE HONORABLE ROY COOPER, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA

No. 395PA03

(Filed 2 April 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 159 N.C. App. 220, 582 S.E.2d 638 (2003), reversing an order granting summary judgment for plaintiffs entered 24 April 2002 by Judge David Q. LaBarre in Superior Court, Wake County, and remanding for entry of summary judgment for defendants. Heard in the Supreme Court 16 March 2004.

*Webb & Graves, PLLC, by Rick E. Graves and Heath K. Dedmond, for plaintiff-appellants.*

*Roy Cooper, Attorney General, by George W. Boylan, Special Deputy Attorney General, for defendant-appellees.*

PER CURIAM.

AFFIRMED.